ACCEPTED
01-15-00191-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/7/2015 10:50:16 AM
CHRISTOPHER PRINE
CLERK

IN THE FIRST COURT OF APPEALS
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

| | | |
|---|---|---|
| KENDRICK DONAHOE | § | 4/7/2015 10:50:16 AM |
| | § | CHRISTOPHER A. PRINE |
| VS. | § | NO. 01-15-00191-CV<sup>Clerk</sup> |
| | § | |
| DANNY JONES | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE CLERK OF THE COURT:

COMES NOW, Kevin L. Hood of the law firm of FABREGA✶HOOD, L.L.P. and makes this appearance of counsel for Appellee, Danny Jones. Please designate me as counsel for Danny Jones and add the following information to your records:

Respectfully submitted,

**FABREGA✶HOOD, L.L.P.**

By:    *Kevin L. Hood*
Kevin L. Hood
State Bar No.: 0941100
Federal Bar No.: ✶✶✶✶
1221 McKinney, Suite 3150
Houston, Texas 77010
Telephone: (713) 228-2322
Facsimile: (713) 228-0088
khood@fabregahood.com
**COUNSEL FOR APPELLEE, DANNY JONES**

## CERTIFICATE OF SERVICE

This pleading was served in compliance with Rule 5 of the FEDERAL RULES OF CIVIL PROCEDURE on April 6, 2015, in the manner indicated below:

Ms. Sarah S. Doezema
DOEZEMA & ASSOCIATES, PLLC
3607 E. Old Spanish Trail, Suite E
Houston, Texas 77021
***Via Electronic Mail***
***and/or Certified Mail/RRR***

*Kevin L. Hood*
Kevin L. Hood